RECEIVED
JUN 20 2006
Property of U.S. District Court
District of Rhode Island

Rafael Aries S. Batista
Reg: No. 04536-070
U.S.P. Big Sandy
P.O. Box 2068
Inez, Ky 41224

**Re: United States of America v. Rafael Aries Santos Batista: USDC C.A. No. 02-429-T Appeal Case No. 3-2077**

JUNE 15, 2006

**Dear Clerk of Court;**

**I am the said person in the above caption by way of Pro Se'. Please take Notice, that appellant have been move to U.S.P. Big Sandy, Inez Ky 41224.**

**It is my understanding that appellant must notify the court's upon a change of address. Also while submitting this brief notice, please permit appellant to request for a copy of his court docket sheet as to the disposition of his pending COA status.**

**Please forward all future court documents to the above address. Thank you for your undivided attention in this important matter, as appellant await here patiently for your response.**

Respectfully Submitted,

Santo Rafael Batista

**Rafael Aries S. Batista Pro Se'**
**Reg: No. 04536-070**
**U.S.P. Big Sandy**
**P.O. Box 2068**
**Inez, Ky 41224**