IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | C.A. NO.02-429T |
| | ) | |
| RAFAEL ARIES SANTOS BATISTA | ) | |

MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, by its Attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant U.S. Attorney, and hereby moves for an enlargement of time to April 30, 2007 for filing its response to Batista's Motion to Set Aside Void Judgment Lack of Subject Matter Jurisdiction Pursuant to Federal Rule Civil Procedure Rule 60(b)(4). Counsel for the United States previously assigned to this case is away from this office on detail for a period of six months and the undersigned counsel for the United States received this matter on March 13, 2007. Counsel for the government respectfully requests the additional time in order to prepare the government's response to Batista's motion, the memorandum for which is 33 pages in length.

It appears that Batista's motion makes claims of constitutional defects with the denial of his petition under 28 U.S.C. § 2255, which this Court denied on July 22, 2003. Although this motion may not be anything other than an attempt to by pass the prohibition against a successive § 2255; as the Court has requested, through the docket note, a response rather than denying the motion outright, the government wishes the

opportunity to provide the Court with a reasoned response. The requested extension will provide the time necessary to do so.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2007, I served a copy of the within Government's Motion to Extend Time, by mailing same, postage prepaid, to:

Rafael Aries Santos Batista
Reg. # 04536-070
U.S.P. Big Sandy
PO Box 2068
Inez, KY 41224

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov